UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15- |
| **Jeffrey Burgess** | ) | Chapter 13 |
| **Donna Burgess** | ) | |
| Debtor(s) | ) | |

CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

<u>  **$356.00**  </u> per month for <u>  **60**  </u> months.

per month for _____ months, then
per month for _____ months, then
per month for _____ months.

A total of _____ through _____ then
_____ per month for _____ months
beginning with the payment due in _____

In addition, Debtor shall pay to the Trustee and the plan base shall be increased by the following:

(1) <u>Tax Refund</u>. Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit each year. (2) <u>Employee Bonuses</u>. Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan. (3) <u>Additional Lump Sums</u>. Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2.  **Executory Contract/Lease Arrearages.** Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|
| | | 6 |

3.  Pay sub-paragraphs concurrently:

(A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR / TRUSTEE |
|---|---|---|
| | | |

(B) **Post-petition personal property lease payments.** Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST. MONTHS REMAINING |
|---|---|---|
| | | |

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence)** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragra_____5_____ below.

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|
| | |

(D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR / TRUSTEE |
|---|---|---|
| Nationstar | $787.00 | debtor |

(E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:

| CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
|---|---|---|
| | | 4.75% |

4.  **Attorney Fees.** Pay Debtor's attorne_____**$1,553.00**_____

in equal monthly payments over _____12_____ months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

**(A)  Pre-petition arrears on secured claims paid in paragraph 3.** Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| Nationstar | $6,000.00 | 48 | 0.00% |

**(B) Secured claims to be paid in full**. The following claims shall be paid in full in equal monthly

payments over the period set forth below with _____4.75%_____ % interest.

| CREDITOR | EST. BALANCE DUE | REPAY PERIOD | TOTAL WITH INTEREST |
|---|---|---|---|
| Pineview Acres Homeowner's Assoc | $900.00 | 60 | $1,012.87 |

**(C) Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set

forth below wit _____4.75%_____ % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL WITH INTEREST |
|---|---|---|---|---|
| Springleaf Financial | $1,681.00 | $2,800.00 | 18 | $1,744.92 |

**(D) Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST. BALANCE | TRUSTEE / CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|
| | | | | 4.75% |

(E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay.  Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6.  Pay $ _____$2,000.00_____ of debtor's attorney's fees and any additional attorney fe[e] allowed by the Court.

7. Pay sub-paragraphs concurrently:

3

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST. TOTAL DUE | TRUSTEE / CO-DEBTOR | INTEREST RATE |
|---|---|---|---|
| | | | 4.75% |

(B) **Assigned DSO Claims**.  Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4).  Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE (100% or lesser dollar amount) |
|---|---|---|
| | | |

8. **Priority Claims**. Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| 0 | |
| 0 | |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors.

Estimated total owed: $ __**$42,174.00**__

Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: $ __**$0.00**__

Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $ __**$0.00**__

Debtor guarantees a minimum of $ __**$0.00**__ (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B) **Surrender of Collateral**.  Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| | |

(C) **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/ LEASE |
|---|---|
| | |

10.  Other:

4

11.  All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12.  Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13.  Title to Debtor's property to re-vest in Debtor upon confirmation.  Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.  Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14.  Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a).  ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.  THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

| 7/9/2015 | /s/ Jeffrey Burgess | |
|---|---|---|
| DATE | DEBTOR: | **_Jeffrey Burgess_** |

| 7/9/2015 | /s/ Donna Burgess | |
|---|---|---|
| DATE | Jnt.DEBTOR: | **_Donna Burgess_** |

A copy of Debtor's Proposed Chapter 13 Plan was mailed to all partes on the attached list on July 9, 2015.

/s/ Sean C. Paul

Sean C. Paul, #59371MO

8917 Gravois Rd.

St. Louis, MO 63123

(314) 827-4027, Fax: (314) 222-0619

scp@stlbankruptcyfirm.com

Debtor(s): Jeffrey David Burgess
Donna Lynn Burgess

Case No.:
Chapter: 13

EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

Account Resolution Cor
12855 Tesson Ferry Rd
Saint Louis, MO 63128

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

Pineview Acres Homeowner's Asso
PO Box 194
House Springs, MO 63051

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Martin, Leigh, Laws and Fritzle
1044 Main
Kansas City, MO 64105-2135

Professional Cr Mgmt
Po Box 1629
Maryland Heights, MO 63043

Chase Card
Po Box 15298
Wilmington, DE 19850

Mercy Clinics St. Louis
615 South New Ballas Road
Saint Louis, MO 63141

Rickman & Rickman
135 Interstate Blvd Unit
Greenville, SC 29615

Comenity Bank/peebles
Po Box 182789
Columbus, OH 43218

Metro Imaging
PO Box 411515
Saint Louis, MO 63141

Senex Services Corp
333 Founds Rd
Indianapolis, IN 46268

Consumer Adjustment Co
12855 Tesson Ferry Rd
Saint Louis, MO 63128

Metro West Anesthesia
PO Box 958864
Saint Louis, MO 63195-8864

Springleaf Financial S
1149 E Gannon Dr
Festus, MO 63028

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Missouri Department of Labor an
Division of Employment Security
PO Box 3100
Jefferson City, MO 65102-3100

St. Anthony's Medical
PO Box 66766, Dept 30696
Saint Louis, MO 63166-6766

First Community Cred U
17151 Chesterfield Airport Rd
Chesterfield, MO 63005

Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105

St. Johns Mercy Medical Center
PO Box 6190
Chesterfield, MO 63006

Firstsource Advantage
7650 Magna Dr
Belleville, IL 62223

Monterey Collection Sv
4095 Avenida De La Plata
Oceanside, CA 92056

St. Louis Pathology Assoc., Inc
PO Box 503210
St. Louis, MO 63150

Illinois Department of Employme
1300 South Ninth
Springfield, IL 62794

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067

State Collection Servi
2235 Mercury Way Ste 275
Santa Rosa, CA 95407

Debtor(s): Jeffrey David Burgess
Donna Lynn Burgess

Case No:
Chapter: 13

EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

```
Syncb/walmart
Po Box 965024
Orlando, FL 32896




Tmg Financial Services
1500 Nw 118th Stre
Des Moines, IA 50325




United Consumer Finl S
865 Bassett Rd
Westlake, OH 44145




Valarity Llc
P O Box 505023
Saint Louis, MO 63150
```