**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI**
Eastern Division

| | |
|---|---|
| In re: | ) |
| | ) |
| **JEFFREY DAVID BURGESS** | ) Case No. 15-45123-659 |
| **DONNA LYNN BURGESS** | ) |
| Debtors, | ) |
| | ) |
| | ) **Chapter 13** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION,** | ) |
| **AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS** | ) |
| **TRUSTEE FOR FIRST FRANKLIN MORTGAGE** | ) **DOCKET NO. _____** |
| **LOAN TRUST, MORTGAGE LOAN ASSET-BACKED** | ) |
| **CERTIFICATE SERIES 2005-FF12** | ) |
| Movant, | ) |
| v. | ) |
| **JEFFREY DAVID BURGESS** | ) |
| **DONNA LYNN BURGESS** | ) |
| Respondent. | ) |

**NOTICE OF DEFAULT OF CONSENT ORDER AND
STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF**

**COMES NOW**, Wilmington Trust, National Association, as successor trustee to Citibank, N.A., as trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificate Series 2005-FF12 and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant") by and through counsel, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Martin Leigh PC states to the Court as follows:

1. On April 8, 2016 the Court entered an Order adopting a Consent Order and Stipulation executed by both parties agreeing that Debtors would begin making the regular monthly payments to Movant on April 1, 2016, and continue making those payments each and every month thereafter pursuant to the terms and conditions of the existing Note and Deed of Trust.

2. In addition to Debtors' regular monthly obligation to Movant, Debtors consented and agreed to pay Movant the total sum of $1,776.45 through a six (6) month installment period.

3. The Debtors are currently in arrears to Movant in the amount of $2,022.71. Said sum represents:

| | | | |
|---|---|---|---|
| | a. | 1 Regular monthly payment (7/16) @ $792.23 | $792.23 |
| | b. | 1 Regular monthly payment (8/16) @ $791.51 | $791.51 |
| | c. | 2 Stip payment (6/15 – 7/15) @ $296.07 each | $592.14 |

| | | |
|---|---|---|
| d. | Less suspense funds | ($203.17) |
| e. | Movant's Attorney Fees for this Notice | $50.00* |

*Additional attorney fees will be assessed for each hearing associated with this Notice.

4. Pursuant to said Stipulation and Court Order, the Debtors are granted fourteen (14) days from the date of this Notice in which to bring past due amounts current. Payment needs to be mailed to the following address:

> **Nationstar Mortgage LLC**
> **P.O. Box 619094**
> **Dallas, TX 75261-9741**

5. This Notice is hereby served on all parties receiving electronic notice and on Debtors via United States mail. The Debtors shall have fourteen (14) days to cure past due arrearages or the automatic stay shall be lifted by filing an Order with the court.

6. This is the First notice of Default.

Respectfully submitted,

MARTIN LEIGH PC

s/ Melinda J. Maune
Melinda J. Maune, #49797MO, mjm@mllfpc.com
Amy Tucker Ryan, #49047MO, atr@mllfpc.com
1044 Main Street, Ste. 900
Kansas City, Missouri 64105
Telephone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR MOVANT

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system, on this 10th day of August, 2016:

Sean C. Paul
The Law Offices of Sean C. Paul, PC
8917 Gravois Rd
2nd Floor
St. Louis, MO 63123

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste. 6353
St. Louis, MO 63102

And via United States mail, postage prepaid, to:

Jeffrey David Burgess
Donna Lynn Burgess
5546 Trail of Tears
House Springs, MO 63051

                                            s/ Melinda J. Maune
                                            Attorney for Movant